Jane L. Froyd (SBN 220776)
jfroyd@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Timothy P. Fraelich (Admitted *pro hac vice*)
tfraelich@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-1247
Facsimile: (216) 579-0212

Counsel for Plaintiff/Counterclaim-Defendant
ARCTIC GLACIER U.S.A., INC.

Karen Vogel Weil (SBN 145,066)
karen.weil@kmob.com
Laura Blau Michel (SBN 265,106)
laura.michel@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard
Suite 1600
Los Angeles, CA 90067
Phone: (310) 551-3450
Facsimile: (310) 551-3458

Timothy J. Goodson (SBN 244,649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush Street
21st Floor
San Francisco, CA 94104
Phone: (415) 954-4114
Facsimile: (415) 954-4111

Attorneys for Defendant/Counterclaimant,
GLACIER WATER SERVICES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Arctic Glacier U.S.A, Inc., | ) Civil Action No. 12-05492-EDL |
| Plaintiff, | ) |
| | ) **STIPULATED DISMISSAL OF CASE** |
| v. | ) **WITH PREJUDICE PURSUANT TO** |
| | ) **FED.R.CIV.P 41(a)(1)** |
| Glacier Water Services, Inc., | ) |
| Defendant. | ) |
| Glacier Water Services, Inc., | ) |
| Counterclaimant, | ) |
| v. | ) |
| Arctic Glacier U.S.A., Inc., | ) |
| Counterdefendant. | ) Honorable Elizabeth D. Laporte |

Pursuant to Local Rule 7-12 and Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Counterdefendant Arctic Glacier U.S.A., Inc. ("Plaintiff" or "Arctic Glacier") and Defendant/Counterclaimant Glacier Water Services, Inc. ("Defendant" or "Glacier Water"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action.  The parties have agreed to bear their own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

JONES DAY

Dated: _January 31, 2013_____        By:  _/s/ Jane L. Froyd_____
                                                Jane L. Froyd
                                                Timothy P. Fraelich

                                        Attorneys for Plaintiff/Counter-Defendant,
                                        ARCTIC GLACIER U.S.A., INC.

In accordance with Civil L.R. 5-1, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _January 31, 2013_____        By:  _/s/ Karen Vogel Weil_____
                                                Karen Vogel Weil
                                                Timothy J. Goodson
                                                Laura Blau Michel

                                        Attorneys for Defendant/Counterclaimant,
                                        GLACIER WATER SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _January 31, 2013_____        By:  _____
                                                THE HONORABLE ELIZABETH LAPORTE
                                                United States Magistrate Judge
                                                Northern District of California

14514670

                                        - 1 -        Stipulated Dismissal with Prejudice
                                                     Case No. 12-05492-EDL