| | |
|---|---|
| Jane L. Froyd (SBN 220776)<br>jfroyd@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>Timothy P. Fraelich (Admitted *pro hac vice*)<br>tfraelich@jonesday.com<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-1247<br>Facsimile: (216) 579-0212<br><br>Counsel for Plaintiff/Counterclaim-Defendant<br>ARCTIC GLACIER U.S.A., INC. | Karen Vogel Weil (SBN 145,066)<br>karen.weil@kmob.com<br>Laura Blau Michel (SBN 265,106)<br>laura.michel@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>10100 Santa Monica Boulevard<br>Suite 1600<br>Los Angeles, CA 90067<br>Phone: (310) 551-3450<br>Facsimile: (310) 551-3458<br><br>Timothy J. Goodson (SBN 244,649)<br>timothy.goodson@kmob.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>333 Bush Street<br>21st Floor<br>San Francisco, CA 94104<br>Phone: (415) 954-4114<br>Facsimile: (415) 954-4111<br><br>Attorneys for Defendant/Counterclaimant,<br>GLACIER WATER SERVICES, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Arctic Glacier U.S.A, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Glacier Water Services, Inc.,<br><br>    Defendant.<br><br>Glacier Water Services, Inc.,<br><br>    Counterclaimant,<br><br>    v.<br><br>Arctic Glacier U.S.A., Inc.,<br><br>    Counterdefendant. | Civil Action No. 12-05492-EDL<br><br>**STIPULATED DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FED.R.CIV.P 41(a)(1)**<br><br><br><br><br><br><br><br><br><br><br>Honorable Elizabeth D. Laporte |

Pursuant to Local Rule 7-12 and Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Counterdefendant Arctic Glacier U.S.A., Inc. ("Plaintiff" or "Arctic Glacier") and Defendant/Counterclaimant Glacier Water Services, Inc. ("Defendant" or "Glacier Water"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action. The parties have agreed to bear their own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

JONES DAY

Dated: January 31, 2013       By: /s/ Jane L. Froyd
                                  Jane L. Froyd
                                  Timothy P. Fraelich

Attorneys for Plaintiff/Counter-Defendant,
ARCTIC GLACIER U.S.A., INC.

In accordance with Civil L.R. 5-1, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 31, 2013       By: /s/ Karen Vogel Weil
                                  Karen Vogel Weil
                                  Timothy J. Goodson
                                  Laura Blau Michel

Attorneys for Defendant/Counterclaimant,
GLACIER WATER SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: January 31, 2013       By: /s/ Elizabeth D. Laporte
                                  THE HONORABLE ELIZABETH LAPORTE
                                  United States Magistrate Judge
                                  Northern District of California

14514670